Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Camrie Ventry (SBN 355853)
cventry@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 1100
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff*
*Hien Nguyen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIEN NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIAMEDICAL EQUIPMENT USA, LLC, a Michigan limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 8:26-cv-00636-DOC-ADS<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Hien Nguyen and Defendant DiaMedical Equipment USA, LLC have reached a resolution of the above-captioned case. The Parties are working on the final settlement papers and expect Plaintiff will dismiss his individual claims with prejudice within the next 45 days.

DATED: April 23, 2026          **TAULER SMITH LLP**


                              By:   /s/ Robert Tauler
                                    Robert Tauler, Esq.
                                    Attorneys for Plaintiff
                                    Hien Nguyen

NOTICE OF SETTLEMENT